# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PAMELA M. MORGAN-LAPP,** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 18-1085 |
| **RELIANCE STANDARD LIFE** : | |
| **INSURANCE CO.,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW**, this __14th__ day of February, 2019, upon consideration of the Parties' Joint Statement of Stipulated Facts (ECF No. 13), the Administrative Record relating to Plaintiff's underlying insurance coverage claim, which was denied by Defendant (ECF Nos. 13-1 through 13-3), Defendant's Motion for Summary Judgment (ECF No. 14), Plaintiff's Motion for Summary Judgment (ECF No. 15), and Oral Argument held before the Court on January 10, 2019, **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion for Summary Judgment (ECF No. 14) is **GRANTED** and Plaintiff's Motion for Summary Judgment (ECF No. 15) is **DENIED**.[1]

 

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum Opinion dated February 14, 2019.